JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAFAA KASSAMANI, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ESTEE LAUDER COMPANIES, INC., a Delaware corporation; M.A.C. COSMETICS, INC., a Delaware corporation; and DOES 1-50, inclusive,,<br><br>　　　　Defendants. | Case No. 2:23-cv-01777 AB (ADSx)<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Assigned to Judge Andr~~ew~~ Birotte Jr. and Magistrate Judge Autumn D. Spaeth |

　　　Pursuant to the stipulation of the Parties under Federal Rule of Civil Procedure 41(a), THIS ACTION IS **DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs.  The Clerk is directed to close the file.

　　　**IT IS SO ORDERED.**

Dated:  February 6, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　HON. ANDRE BIROTTE JR.
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT